# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OPTIMUS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV710 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties' Joint Motion To Extend Expert Disclosure Deadlines [Filing No. 22] set forth in the Order Setting Schedule For Initial Progression of a Civil Case [Filing No. 19]. Accordingly,

**IT IS ORDERED** that the Joint Motion To Extend Expert Disclosure Deadlines [Filing No. 22] is granted and the expert disclosure deadlines are hereby extended as follows:

1. The plaintiff's deadline for disclosure of expert witnesses is extended from September 27, 2007 to **November 1, 2007**.

2. The defendant's deadline to disclose expert witnesses is extended from October 29, 2007 to **December 4, 2007.**

3. The plaintiff's deadline for disclosing rebuttal expert witnesses is extended from November 27, 2007 **to December 28, 2007**.

Dated this 27th day of September, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge