IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OPTIMUS CORPORATION, | CASE NO. 8:06-cv-00710-JFB-TDT |
| Plaintiff, | |
| v. | **ORDER GRANTING DISMISSAL WITHOUT PREJUDICE** |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

This matter comes before this Court on a Stipulation for Dismissal Without Prejudice filed by the parties. After being fully advised in the premises,

IT IS ORDERED the Stipulation shall be and is hereby granted and that this matter is dismissed without prejudice.

IT IS FURTHER ORDERED that Court shall retain jurisdiction in this matter to enforce the Stipulated Protective Order (Filing No. 18) in order to enable the parties to attempt to further resolve their disputes without the need for litigation and use of the Court's resources.

Dated this 11th day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge